# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| JOHN P. BENNETT, | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| vs. | )    CASE NO.: 4:17CV130-JRH/GRS |
| | ) |
| PUBLIC LAW BOARD NO. 7694, | ) |
| CSX TRANSPORTATION and | ) |
| BROTHERHOOD OF LOCOMOTIVE | ) |
| ENGINEERS AND TRAINMEN, | ) |
| | ) |
|     **Defendants.** | ) |

## *MOTION OF DEFENDANT BLET TO DISMISS*
## *OR FOR JUDGMENT ON THE PLEADINGS*

Defendant Brotherhood of Locomotive Engineers and Trainmen ("BLET") moves under F.R.C.P. 12(b)(6) to dismiss the *Complaint* because BLET is not a necessary defendant in this action and the *Complaint* sets forth no allegations or claims to be adjudicated against BLET. A *Memorandum* explaining BLET's position and a proposed *Order* accompany this *Motion*.

Respectfully submitted this 7th day of September, 2017.

                                              BIGNAULT & CARTER, LLC
                                              BY:
                                              S/ W. PASCHAL BIGNAULT, GA BAR #056862
                                              S/ LORI A. CARTER, GA BAR #114568
                                              S/ S. ELISABETH PRICE, GA BAR #985832
                                              PARK SOUTH - UNIT F9
                                              7505 WATERS AVENUE
                                              SAVANNAH, GEORGIA 31406
                                              TELEPHONE : (912) 356-0388
                                              FACSIMILE   : (912) 356-0399
                                              E-MAIL         : Pbignault@bc-laws.com
                                                                  : Lcarter@bc-laws.com
                                                                  : Eprice@bc-laws.com

*MOTION OF DEFENDANT BLET TO DISMISS*
*OR FOR JUDGMENT ON THE PLEADINGS*
**CASE NO.: 4:17CV130-JRH/GRS**
**BENNETT v. PUBLIC LAW BOARD NO. 7694, et. al.**

---

**ZWERDLING, PAUL, KAHN & WOLLY, P.C.**
**BY:**
**S/ MICHAEL S. WOLLY, DC BAR#225482**
**1025 CONNECTICUT AVE., NW, SUITE 712**
**WASHINGTON, D.C. 20036**
**TELEPHONE : (202) 857-5000**
**FACSIMILE   : (202) 223-8417**
**E-MAIL         : mwolly@zwerdling.com**

**Attorneys for Defendant BLET**

*CERTIFICATE OF SERVICE*

This is to certify that I have on this day served all the parties in this case in accordance with the directives from the Court Notice of Electronic Filing ("NEF") which was generated as a result of electronic filing, and via U.S. mail to the following:

John P. Bennett
44 Belle Grove Circle
Richmond Hill, Georgia 31324

Respectfully submitted this 7th day of September, 2017.

**BIGNAULT & CARTER, LLC**
**BY:**
**S/ W. PASCHAL BIGNAULT, GA BAR#056862**
**S/ LORI A. CARTER, GA BAR #114568**
**S/ S. ELISABETH PRICE, GA BAR #985832**
**PARK SOUTH - UNIT F9**
**7505 WATERS AVENUE**
**SAVANNAH, GEORGIA 31406**
**TELEPHONE : (912) 356-0388**
**FACSIMILE   : (912) 356-0399**
**E-MAIL         : Pbignault@bc-laws.com**
**                     : Lcarter@bc-laws.com**
**                     : Eprice@bc-laws.com**

*MOTION OF DEFENDANT BLET TO DISMISS*
*OR FOR JUDGMENT ON THE PLEADINGS*
CASE NO.: 4:17CV130-JRH/GRS
BENNETT v. PUBLIC LAW BOARD NO. 7694, et. al.

---

**ZWERDLING, PAUL, KAHN & WOLLY, P.C.**
**BY:**
**S/ MICHAEL S. WOLLY, DC BAR#225482**
**1025 CONNECTICUT AVE., NW, SUITE 712**
**WASHINGTON, D.C. 20036**
**TELEPHONE : (202) 857-5000**
**FACSIMILE   : (202) 223-8417**
**E-MAIL         : mwolly@zwerdling.com**

**Attorneys for Defendant BLET**