**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | |
|---|---|
| **JOHN P. BENNETT,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| vs. | )   **CASE NO.: 4:17CV130-JRH/GRS** |
| | ) |
| **PUBLIC LAW BOARD NO. 7694,** | ) |
| **CSX TRANSPORTATION and** | ) |
| **BROTHERHOOD OF LOCOMOTIVE** | ) |
| **ENGINEERS AND TRAINMEN,** | ) |
| | ) |
|     **Defendants.** | ) |

*ORDER GRANTING*
*MOTION OF DEFENDANT BLET TO DISMISS*

    Defendant Brotherhood of Locomotive Engineers and Trainmen ("BLET") has moved the Court to dismiss the *Complaint* under F.R.C.P. 12(b)(6) for failure to state a claim upon which relief can be granted against it. Having given the filings of the parties due consideration, **IT IS HEREBY ORDERED** that the motion is well-taken and therefore is **GRANTED** and that the *Complaint* as to defendant BLET is **DISMISSED**.

_____
United States District Judge

Dated: _____