**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

JOHN P. BENNETT,

Plaintiff,

v.

PUBLIC LAW BOARD NO. 7694, CSX TRANSPORTATION and BROTHERHOOD OF LOCOMOTIVE ENGINEERS AND TRAINMEN,

Defendants.

CASE NO: 4:17-CV-130

**NOTICE OF FILING ADMINISTRATIVE RECORD**

Pursuant to 45 U.S.C. § 153, First (q), the United States Attorney's Office for the Southern District of Georgia, on behalf of the National Mediation Board, files the attached administrative record giving rise to the above-captioned suit.

Further, the United States notes that the National Mediation Board has not been served with process in accordance with Fed. R. Civ. P. 4(i)(2) and specifically preserves any and all defenses, including service-related defenses, to this action. Moreover, in a letter to plaintiff John B. Bennett dated October 11, 2017, undersigned counsel advised Bennett of the defects in service and attached a copy of Rule 4 for his review. The instant filing is made solely to satisfy the government's statutory obligations.

[signature to follow]

Dated: November 22, 2017

Respectfully submitted,

R. BRIAN TANNER
UNITED STATES ATTORNEY

/s/ Bradford C. Patrick
Assistant United States Attorney
South Carolina Bar No. 102092
U.S. Attorney's Office
Post Office Box 8970
Savannah, Georgia 31412
(912) 652-4422
Email: bradford.patrick@usdoj.gov

*Attorney for the United States of America*

**CERTIFICATE OF SERVICE**

This is to certify that I have on November 22, 2017, served all the parties in this case in accordance with the notice of electronic filing ("NEF"), which was generated as a result of electronic filing in this Court, and sent this document via United States mail to the following non-CM/ECF participant:

John P. Bennett
44 Belle Grove Circle
Richmond Hill, GA 31324

/s/ Bradford C. Patrick
Assistant United States Attorney
South Carolina Bar No. 102092
U.S. Attorney's Office
Post Office Box 8970
Savannah, Georgia 31412
(912) 652-4422
Email: bradford.patrick@usdoj.gov