UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JOHN P. BENNETT, | ) |
| | ) |
|    Petitioner, | ) |
| | ) |
| v. | )    CV417-130 |
| | ) |
| PUBLIC LAW BOARD No. 7694, *et al.*, | ) |
| | ) |
|    Respondents. | ) |

## ORDER

Respondents' motion for a protective order, which is unopposed, is **GRANTED**.  See S.D. Ga. L. R. 7.5 (no response means no opposition).  The parties shall remain limited to the administrative record in this judicial review case, and no discovery "supplementing" that record shall be permitted absent a showing of good cause.  *See* 45 U.S.C. § 153, *et seq.* (the Railway Labor Act, prescribing the Court's jurisdiction to review arbitration awards).

**SO ORDERED,** this  1st  day of March, 2018.

*/s/ G.R. Smith*
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA