

**U.S. Department of Justice**
United States Attorney's Office
Southern District of Georgia

*P.O. Box 8970*  *22 Barnard St., Suite 300*
*Savannah, Georgia 31412*  *Savannah, Georgia 31401*
*912-652-4227/FAX*  *912-652-4422*

October 11, 2017

BY MAIL
John P. Bennett
44 Belle Grove Circle
Richmond Hill, GA 31324

Re:   *Bennett v. Public Law Board No. 7694, et al.*, 4:17-CV-130 (S.D. Ga.)

Dear Mr. Bennett:

   The National Mediation Board advised us that it received a copy of the summons and complaint in the above-referenced matter from you via certified mail. I am writing to advise you that service of process as to the National Mediation Board is governed by Rule 4(i)(2) and requires that service be effectuated upon the United States in accordance with Rule 4(i)(1). A copy of Rule 4 is enclosed for your convenience and review. Please be advised that service on the National Mediation Board is not effective until service on the United States is completed. This office lacks authority to waive these service requirements.

   In addition, I wish to advise you that the National Mediation Board, including Public Law Board No. 7694, is not a proper party to an action seeking review of its decisions. *See, e.g.*, *Ollman v. Special Bd. of Adjustment No. 1063*, 527 F.3d 239, 250 (2d Cir. 2008) ("[T]he NRAB functions solely as an impartial adjudicatory tribunal and so has no inherent interest in defending its decisions on appeal. In such a scheme, the adjudicator has no stake in the outcome of a petition for review, and so is not a proper party to it." (internal citations omitted)); *Mitchell v. Union Pacific R. Co.*, 408 F.3d 318, 320 (7th Cir. 2005) ("the NRAB is not a proper party to a proceeding under 45 U.S.C. § 153(q)"); *Radin v. United States*, 699 F.3d 681, 686 (4th Cir. 1983) ("The courts that have considered the issue have uniformly held that the NRAB and its components are not proper parties to an action challenging an award made under [45 U.S.C.] § 153."). If you complete service, the United States will seek dismissal of the Board on this basis. If, however, after reviewing this authority, you conclude that you do not intend to complete service to avoid unnecessary motions practice, I would appreciate if you would advise me of your decision.

   Regardless, the United States intends to comply with its obligation to furnish the Court with the record of the proceedings before the Board as contemplated by 45 U.S.C. § 153(q). I am advised that the Board is in the process of gathering the record so that it may be filed.

Please feel free to reach out to me at (912) 201-2555 with any questions or concerns.

        Sincerely,

        R. BRIAN TANNER
        UNITED STATES ATTORNEY

        /s/ Bradford C. Patrick
        Bradford C. Patrick
        Assistant United States Attorney
        South Carolina Bar No. 102092
        Post Office Box 8970
        Savannah, Georgia 31412
        (912) 652-4422
        bradford.patrick@usdoj.gov

Enc.

CC:    By Mail (without enclosure)
       W. Paschal Bignault
       Lori A. Carter
       S. Elisabeth Price
       Bignault & Carter
       Park South – Unit F9
       7505 Waters Ave.
       Savannah, GA 31406

       Colin M. Connor
       CSX Transportation, Inc.
       500 Water Street, J150
       Jacksonville, FL 32202