UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| JOHN P. BENNETT, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO.: 4:17CV130-JRH/GRS |
| | ) | |
| PUBLIC LAW BOARD NO. 7694, | ) | |
| CSX TRANSPORTATION and | ) | |
| BROTHERHOOD OF LOCOMOTIVE | ) | |
| ENGINEERS AND TRAINMEN, | ) | |
| | ) | |
|    Defendants. | ) | |

### *MOTION TO WITHDRAW S. ELISABETH PRICE AS COUNSEL*

**COMES NOW**, **LORI A. CARTER OF BIGNAULT & CARTER, LCC**, counsel for Defendant

Brotherhood of Locomotive Engineers and Trainmen in the above-styled action and moves this Honorable

Court for permission to withdraw **S. ELISABETH PRICE** as counsel for said party as **S. ELISABETH**

**PRICE** is no longer employed with Bignault & Carter, LLC. Please note, W. Paschal Bignault & Lori A.

Carter remain counsel for Defendant Brotherhood of Locomotive Engineers and Trainmen.

**WHEREFORE**, counsel for Defendant Brotherhood of Locomotive Engineers and Trainmen prays

this Court grant her *Motion to Withdraw S. Elisabeth Price as Counsel*.

**Respectfully** submitted this 8th day of March, 2018.

<div style="margin-left:50%">

**BY:**
**BIGNAULT & CARTER, LLC**
**S/ LORI A. CARTER, GA BAR #114568**
**S/ W. PASCHAL BIGNAULT, GA BAR #056862**

</div>

**PARK SOUTH - UNIT F9**
**7505 WATERS AVENUE**
**SAVANNAH, GEORGIA 31406**
**TELEPHONE : (912) 356-0388**
**FACSIMILE  : (912) 356-0399**
**E-MAIL        : Lcarter@bc-laws.com**
**E-MAIL        : pbignault@bc-laws.com**

<div align="center">

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

</div>

| | | |
|---|---|---|
| **JOHN P. BENNETT,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CASE NO.: 4:17CV130-JRH/GRS** |
| | ) | |
| **PUBLIC LAW BOARD NO. 7694,** | ) | |
| **CSX TRANSPORTATION and** | ) | |
| **BROTHERHOOD OF LOCOMOTIVE** | ) | |
| **ENGINEERS AND TRAINMEN,** | ) | |
| | ) | |
| **Defendants.** | ) | |

<div align="center">

***CERTIFICATE OF SERVICE***

</div>

This is to certify that I have on this day served all the parties in this case in accordance with the directives from the Court Notice of Electronic Filing ("NEF") which was generated as a result of electronic filing, and via U.S. mail to the following:

John P. Bennett
44 Belle Grove Circle
Richmond Hill, Georgia 31324

Respectfully submitted this 8th day of March, 2018.

**BY:**
**BIGNAULT & CARTER, LLC**
**S/ LORI A. CARTER, GA BAR #114568**
**S/ W. PASCHAL BIGNAULT, GA BAR #056862**

**PARK SOUTH - UNIT F9**
**7505 WATERS AVENUE**
**SAVANNAH, GEORGIA 31406**
**TELEPHONE   : (912) 356-0388**
**FACSIMILE   : (912) 356-0399**
**E-MAIL        : Lcarter@bc-laws.com**
**E-MAIL        : Pbignault@bc-laws.com**