## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

| | |
|---|---|
| **JOHN P. BENNETT,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO.: 4:17CV130-JRH/GRS |
| | ) |
| **PUBLIC LAW BOARD NO. 7694,** | ) |
| **CSX TRANSPORTATION and** | ) |
| **BROTHERHOOD OF LOCOMOTIVE** | ) |
| **ENGINEERS AND TRAINMEN,** | ) |
| | ) |
| Defendants. | ) |

### *ORDER PERMITTING WITHDRAWAL OF S. ELISABETH PRICE AS COUNSEL*

It appearing that **LORI A. CARTER OF BIGNAULT & CARTER, LLC**, attorney of Record for the above-captioned Defendant Brotherhood of Locomotive Engineers and Trainmen, has moved the Court in her *Motion to Withdraw S. Elisabeth Price as Counsel* to withdraw S. Elisabeth Price as counsel for Defendant Brotherhood of Locomotive Engineers and Trainmen as S. Elisabeth Price is no longer employed with said Firm. Having given said *Motion* due consideration, **IT IS HEREBY ORDERED** that the *Motion* is **GRANTED** and that S. Elisabeth Price is withdrawn as counsel for Defendant Brotherhood of Locomotive Engineers and Trainmen.

**SO ORDERED**, this _____ day of _____, 2018.

_____
United States District Judge

Dated: _____