**S. ELISABETH PRICE**
1607 KINGS WAY•SAVANNAH, GEORGIA 31406
elisabeth.price@hotmail.com • (912)346-1777



April 1, 2018

District Court Clerk's Office
United States District Court
Southern District of Georgia
Savannah Division
Post Office Box 8286
Savannah, GA  31412

RE:   **Request to Withdraw as Attorney**
MTC East v. ILA Local 1414, Case No.: 4:14-CV-175 (defendant/counterclaim)
Bennett v. Public Law Board No. 7694, et. al, Case No.: 4:17-CV-130 (defendant BLET)
All other applicable cases

Dear Sir or Madam:

Please be advised that as of January 29, 2018, I am no longer practicing law at the law firm of Bignault & Carter, LLC (formerly known as Bignault & Carter). It is my understanding that I am listed as an assisting attorney for defendants in the above-referenced cases. *MTC East v. ILA Local 1414* (Case No. 4:14-CV-175) should be closed and *Bennett v. Public Law Board No. 7694, et. al* (Case No. 4:17-CV-130) may still be active. The representation agreement for the Defendants in these cases is between the Defendants and Bignault & Carter law firm. Mr. W. Paschal Bignault and/or Ms. Lori A. Carter should be listed as lead Attorney(s) for the firm's Defendants in these cases. The representation of the defendants in these cases should remain with Mr. Bignault, Ms. Carter and/or a representative of the firm. If you need to contact Bignault & Carter, LLC regarding this matter, the firm's main phone number is (912)356-0388.

I am requesting that I be removed as an Attorney for Defendants in these cases, and any other cases that I may be listed as an attorney for the law firm of Bignault & Carter, LLC, **effective January 29, 2018**. I was previously advised by the Clerk's Office that a *Correspondence* would be sufficient to accomplish this request. However, should a *Motion* be required, please consider this *Correspondence* as my *Motion*.

Thank you for your attention to this matter. If you need any additional information or should you have any questions or concerns, please do not hesitate to contact me.

Sincerely,

S. Elisabeth Price
GA BAR #985832


cc:   W. Paschal Bignault, Bignault & Carter, LLC (via e-mail)

Price
1607 King Way
Savh, GA 31406

JACKSONVILLE FL 320
03 APR 2018 PM 4 L

District Court Clerks Office
U.S. District Court
Southern District of Georgia
Savannah Division
PO BOX 8286
Savannah, GA 31412

31412-828685