IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JOHN P. BENNETT, | ) |
| Plaintiff, | ) File No. 4:17-CV-130-JRH-GRS |
| vs. | ) |
| PUBLIC LAW BOARD NO. 7694, CSX TRANSPORTATION and BROTHERHOOD OF LOCOMOTIVE ENGINEERS AND TRAINMEN, | ) |
| Defendants. | ) |

**PLAINTIFF'S MOTION FOR RULING ON DEFENDANT CSX TRANSPORTATION, INC.'s MOTION FOR SUMMARY JUDGMENT AND REQUEST FOR TRIAL**

NOW COMES JOHN P. BENNETT, Plaintiff in the above-styled matter and moves this Honorable Court for a ruling on Defendant CSX Transportation, Inc.'s Motion for Summary Judgment and requests that should said motion be denied that the matter be set for trial upon the Court's next available docket.

Respectfully submitted, this the 18TH day of March, 2019.

John P. Bennett,
Pro se*
44 Belle Grove Circle
Richmond Hill, Georgia 31324
(912) 656-5646

*This document was prepared by attorney Gregory E. Bennett, TN BPR #025145 (active), NC Bar #20700 (active) Ga. Bar #050510 (inactive), Post Office Box 1516, Seymour, Tennessee 37865, telephone number (865)310-5655, email - gebennett@bellsouth.net, at the request of and with information supplied to him from the pro se litigant. Pro se litigant has been advised that the attorney preparing this document has not and does not offer any legal opinion or advise upon which said litigant can or should rely. Said litigant is also advised that the above attorney does not represent said litigant.

CERTIFICATE OF SERVICE

I, John P. Bennett, the undersigned pro se litigant, do hereby certify that I have served all parties with a copy of the attached Brief in Opposition to Summary Judgment by placing the same in the United States mail, in a properly addressed envelope, with adequate thereon to the following to:

> Amanda Rodman Smith, Attorney
> Hall, Bloch, Garland & Meyer, LLP
> Post Office Box 5088
> Macon, Georgia  31208-5088
>
> Jacqueline M. Holmes, Attorney
> Jones Day
> 51 Louisiana Avenue, N.W.
> Washington, D.C.  20001

This __18TH__ day of October, 2018.

John P. Bennett,
44 Belle Grove Circle
Richmond Hill, Georgia  31324
(912) 656-5646