# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| John P. Bennett,<br><br>  Petitioner,<br><br>  v.<br><br>Public Law Board No. 7694, CSX Transportation, Inc., and Brotherhood of Locomotive Engineers and Trainmen,<br><br>  Respondents. | Civil Action No. 4:17-cv-00130-RSB-CLR |

## CSX TRANSPORTATION, INC.'S REPLY TO PLAINTIFF'S RESPONSE TO THE COURT'S SEPTEMBER 11, 2019 ORDER

Amanda Rodman Smith
Georgia Bar No.: 727735
Hall, Bloch, Garland & Meyer, LLP
Post Office Box 5088
Macon, Georgia 31208-5088
(478) 745-1625
(478) 741-8822 facsimile
amandasmith@hbgm.com

Jacqueline M. Holmes*
JONES DAY
51 Louisiana Ave., N.W.
Washington, D.C. 20001
Tel: (202) 879-3939
Fax: (202) 626-1700
jholmes@jonesday.com
*admitted pro hac vice

*Attorneys for Respondent
CSX Transportation, Inc.*

Defendant CSX Transportation, Inc. ("CSXT") respectfully submits this brief reply in response to Plaintiff's October 11, 2019 Response ("Response") to the Court's September 11, 2019 Order.  CSXT has carefully reviewed both the Order and the Response, which suggests that Mr. Gregory Bennett, an attorney, is willing to obtain *pro hac vice* admission and formally sign the pleadings that were previously submitted and signed by Mr. John Bennett, who is not an attorney.  Under the circumstances, and particularly given the fact that Mr. Gregory Bennett previously disclosed his involvement in preparing the various pleadings, CSXT agrees that this is an appropriate resolution of the issues raised by the Court's September 11, 2019 Order.  CSXT submits that, under these circumstances, none of the pleadings should be given the liberal construction given to pleadings submitted by a *pro se* plaintiff, inasmuch as they were prepared by, and will be signed and submitted by, counsel.  *See Duran v. Carris*, 238 F.3d 1268, 1272 (10th Cir. 2001) (noting that two concerns with ghostwritten pleadings are lack of accountability and improperly affording the plaintiff the benefit of the court's liberal construction of *pro se* pleadings).

With regard to the specific issues on which the Court requested briefing, CSXT agrees with the Plaintiff that (a) under these circumstances, the pleadings appear voidable, rather than void, as long as they are promptly corrected now that Plaintiff has received notice of the deficiency; (b) Mr. Gregory Bennett's submission of the pleadings under his own signature certifying that there are proper grounds for the pleadings permits appropriate accountability as contemplated by Rule 11; and (c) if the Court deems the pleadings void, any dismissal—whether with or without prejudice—will end the action due to the statute of limitations governing Mr. John Bennett's claims.

Dated: October 21, 2019            Respectfully submitted,

/s/ *Amanda Rodman Smith*
Amanda Rodman Smith
Georgia Bar No.: 727735
Hall, Bloch, Garland & Meyer, LLP
Post Office Box 5088
Macon, Georgia 31208-5088
(478) 745-1625
(478) 741-8822 facsimile
amandasmith@hbgm.com

Jacqueline M. Holmes*
JONES DAY
51 Louisiana Ave., N.W.
Washington, D.C. 20001
Tel: (202) 879-3939
Fax: (202) 626-1700
jholmes@jonesday.com
*admitted pro hac vice

*Attorneys for Respondent*
*CSX Transportation, Inc.*

## CERTIFICATE OF SERVICE

    I hereby certify that, on October 21, 2019, I electronically filed a copy of the foregoing document, which will be sent by operation of the Court's electronic filing system to all attorneys of record. In addition, on this day I served via certified U.S. mail the following:

    John P. Bennett
    44 Belle Grove Circle
    Richmond Hill, GA 31324

    /s/ *Amanda Rodman Smith*
    Amanda Rodman Smith
    *Attorney for Respondent*
    *CSX Transportation, Inc.*